**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO. 6:21-mj-1537-EJK**

**MARC ANTHONY HAYES**

AUSA: Ilianys Rivera
FPD: Erin Hyde

| JUDGE: | **Embry J. Kidd** **United States Magistrate Judge** | DATE AND TIME: | **June 20, 2021** **2:53 P.M. – 3:13** |
|---|---|---|---|
| | | TOTAL TIME: | 20 minutes |
| Courtroom: | 4C | | |
| DEPUTY CLERK: | T. LeGros | RECORDING: DIGITAL | Orlando_Digital_Transcripts @flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Sonya Williams |

**CLERK'S MINUTES**
**INITIAL APPEARANCE/BOND HEARING**
**DEFENDANT WAS ARRESTED TODAY**

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant - No issue as to competency.
Court advises defendant of his rights.
Government advises of the charge and potential penalties.
Defense oral motion for appointment of counsel- Motion granted; Court appoints FPD-Order to enter.
FPD advises of her intention to withdraw as counsel due to a conflict, at such time CJA counsel will be appointed.
Preliminary Examination hearing is scheduled 7/8/21 at 10:00 before this court-Notice to enter.
Government oral motion for release-Motion granted; Order to enter.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.